```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 01959
   TERRY D WASHINGTON
   STACY L WASHINGTON                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4339      SSN XXX-XX-3587
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/20/04 and confirmed on 04/02/04.

2. The case was dismissed after confirmation, 11/30/2007.

3. The Debtor paid a total of $ 14706.74 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST HORIZON HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST HORIZON HOME LOAN | MORTGAGE ARRE | 3275.04 | .00 | 3275.04 |
| AMERICREDIT FINANCIAL | SECURED | 5580.10 | 1798.64 | 5540.78 |
| HOMETOWN CONDOMINIUM ONE | SECURED | 1165.40 | 295.94 | 1165.40 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7573.24 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 575.94 | .00 | .00 |
| SORIS CASE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES COLLECTION B | UNSECURED | NOT FILED | .00 | .00 |
| BANFIELD PET HOSP | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 240.00 | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 758.33 | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS MASTER T | UNSECURED | 2685.69 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PREMIER BANKCARD/CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| H & R BLOCK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| COMPUCREDIT | UNSECURED | NOT FILED | .00 | .00 |
| MDP RADIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE EAR NOSE & TH | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |

```
RUSH COPLEY HOSPITAL       UNSECURED       NOT FILED            .00          .00
RUSH COPLEY HOSPITAL       UNSECURED       NOT FILED            .00          .00
TCF NATIONAL BANK          UNSECURED          275.00            .00          .00
THE CENTER FOR WOMEN       UNSECURED       NOT FILED            .00          .00
ILLINOIS DEPT REVENUE      UNSECURED           79.21            .00          .00
INTERNAL REVENUE SERVICE   UNSECURED         7226.28            .00          .00
ILLINOIS DEPT PUBLIC AID   PRIORITY        11535.00             .00          .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10020.54     19684.18    11264.51         .00      40969.23
PRINCIPAL PAID       9981.22         .00         .00          .00       9981.22
INTEREST PAID        2094.58         .00         .00          .00       2094.58
TOTAL PAID          12075.80         .00         .00          .00      12075.80
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3175.00
and was paid $   1200.00   direct and $   1975.00  through the plan.

The Trustee received $     655.94 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/08/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                            PAGE   2
      CASE NO. 04 B 01959 TERRY D WASHINGTON & STACY L WASHINGTON